SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Ezra D. Landes (SBN 253052)
Diane Bang (SBN 271939)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711
jim@spertuslaw.com
ezra@spertuslaw.com
diane@spertuslaw.com

JS-6

Attorneys for Plaintiffs/Counter-Defendants Platoon Investments, LLC and Brando Juris

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATOON INVESTMENTS, LLC, a California limited liability company; and BRANDO JURIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINGO ZAPATA, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 14-cv-00477-GW (MANx)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE SUBJECT TO RE-OPENING IN THE EVENT OF DEFAULT** |

*[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE*

1  The Court, having considered the stipulation between Plaintiffs Platoon Investments, LLC and Brando Juris (collectively, "Plaintiffs") and Defendant Domingo Zapata ("Defendant"), and for good cause shown, HEREBY ORDERS that:

 1. This case is dismissed without prejudice, subject to re-opening on or before October 1, 2016, in the event of breach by Defendant of Paragraphs 3 or 4 of the Settlement Agreement; and

 2. All upcoming hearing, pre-trial, and trial dates are vacated.

**IT IS SO ORDERED.**

Dated: August 13, 2014

_____

Honorable George H. Wu
United States District Judge

2.

*[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE*